UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

**FILED**

**04/12/2026**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Kristine L. Seufert, Clerk**

CARLOS DEANGELO PRUNTY,                )

  Plaintiff,                                             )

                                                     )

        v.                                                      )

Case No. 1:25-cv-01615-RLY-MG

                                                     )

ROCKET MORTGAGE, LLC,                    )

(f/k/a Quicken Loans, LLC),                    )

  Defendant.                                          )

RENEWED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION

Plaintiff Carlos Deangelo Prunty respectfully moves for a renewed temporary restraining order and preliminary injunction based on material changed circumstances arising after the Court's prior denial of injunctive relief.

1. After the Court's prior ruling, Defendant initiated a foreclosure action in Hendricks Superior Court No. 2, Cause No. 32D02-2604-MF-000066.

2. The state foreclosure action concerns the same mortgage loan, alleged default, servicing history, and property that are at issue in this federal case.

3. The property at issue is Plaintiff's residence located at 1486 Stanford Drive, Avon, Indiana 46123.

4. Plaintiff's operative pleadings assert claims under the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2605, and the Truth in Lending Act ("TILA"), 15 U.S.C. § 1641(g), arising from Defendant's servicing conduct, alleged arrearage calculations, and ownership-transfer disclosures.

5. The filing of the foreclosure case is a material change in circumstances because it creates a present and concrete threat to Plaintiff's home and occupancy interests.

6. Plaintiff is likely to suffer irreparable harm absent temporary relief because loss of a primary residence cannot be adequately remedied by money damages alone.

7. Plaintiff has asserted non-frivolous federal claims already permitted to proceed in this action, and the state foreclosure involves overlapping factual issues concerning the alleged arrearage, payment application, servicing history, and enforcement rights.

8. The balance of harms favors preserving the status quo pending further review. Defendant's claimed security interest remains protected during temporary relief, while Plaintiff faces the potential loss of his home.

9. The public interest favors fair adjudication of federal consumer-protection claims and orderly case administration.

10. Plaintiff respectfully requests expedited consideration in light of the active foreclosure proceeding.

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter a temporary restraining order preserving the status quo pending further order of the Court;

B. Temporarily restrain Defendant from taking further steps to advance foreclosure proceedings in Hendricks Superior Court Cause No. 32D02-2604-MF-000066 pending further order of this Court;

C. Set an expedited briefing schedule or hearing regarding preliminary injunctive relief;

D. Enter a preliminary injunction as appropriate after further proceedings;

E. Waive bond or set a nominal bond in light of Plaintiff's in forma pauperis status; and

F. Grant all further relief the Court deems just and proper.

Respectfully submitted,


/s/ Carlos Deangelo Prunty

CARLOS DEANGELO PRUNTY

Plaintiff, Pro Se

1486 Stanford Drive

Avon, Indiana 46123

(773) 968-1455

carlosdeangeloprunty@gmail.com

Dated: April 10, 2026

CERTIFICATE OF SERVICE

I certify that on April 10, 2026, I filed the foregoing with the Clerk of Court using the CM/ECF

system, which will send notice to counsel of record.

/s/ Carlos Deangelo Prunty

CARLOS DEANGELO PRUNTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

CARLOS DEANGELO PRUNTY,          )

Plaintiff,                       )

                                 )

     v.                          )

  Case No. 1:25-cv-01615-RLY-MG. )

ROCKET MORTGAGE, LLC             )

(f/k/a Quicken Loans, LLC),      )

Defendant.                       )

DECLARATION OF CARLOS DEANGELO PRUNTY

IN SUPPORT OF RENEWED EMERGENCY MOTION

I, Carlos Deangelo Prunty, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Plaintiff in this action.

2. I reside at 1486 Stanford Drive, Avon, Indiana 46123.

1

3. The property is my primary residence.

4. In April 2026, Defendant filed a foreclosure action in Hendricks Superior Court No. 2, Cause No. 32D02-2604-MF-000066.

5. The foreclosure concerns the same mortgage loan and property involved in this federal case.

6. I contend the alleged default, arrearage, and servicing history are disputed for the reasons stated in my pleadings.

7. If foreclosure proceeds, I may lose my home.

8. Loss of my primary residence would cause serious and irreparable harm.

9. I submit this declaration in support of my renewed request for temporary and preliminary injunctive relief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2026.

2

/s/ Carlos Deangelo Prunty

CARLOS DEANGELO PRUNTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| CARLOS DEANGELO PRUNTY | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | Case No. 1:25-cv-01615-RLY-MG |
| | ) |
| ROCKET MORTGAGE, LLC, | ) |
| (f/k/a Quicken Loans, LLC), | ) |
| Defendant. | ) |

[PROPOSED] ORDER ON PLAINTIFF'S RENEWED EMERGENCY MOTION

FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff's Renewed Emergency Motion for Temporary Restraining Order and Preliminary Injunction is before the Court.

The Court, having reviewed the motion and supporting materials, now ORDERS:

1

[ ] The Motion is GRANTED.

[ ] The Motion is DENIED.

If granted, Defendant and all persons acting in concert with Defendant are temporarily restrained from taking further steps to advance foreclosure proceedings concerning the property located at 1486 Stanford Drive, Avon, Indiana 46123, pending further order of the Court.

SO ORDERED.

---

Hon. Richard L. Young

United States District Judge

::

2